United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAVID D. SCHEIN, Individually and on behalf of all others similarly situated** § § § § | |
| VS. § § § | C.A. NO. 4:20-cv-180 |
| **MDU RESOURCES GROUP, INC., RICKEY EVANS d/b/a CERTIFIED COMMERCIAL ROOFING, GREENLIGHT BUSINESS CREDIT, JOSHUA COSTELLO d/b/a PAYLESS ROOFING AND REMODELING, ADVANCED INTERNET MARKETING d/b/a CHOICE CAREER FAIRS, CHRISTOPHER DEAN WELLS d/b/a WELLS CONSTRUCTION and FREEDOM WORKING CAPITAL** § § § § § § § § § § § § § | **JURY DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT**

Plaintiff **DAVID D. SCHEIN,** Individually and on behalf of all others similarly situated Motion for Entry of Default and for Default Judgment as to Defendants **BETTER PLANS, INC. d/b/a betterplans.net** and **PAYLESS ROOFING TX** is in all things GRANTED. It is

ORDERED that Defendants **BETTER PLANS, INC. d/b/a betterplans.net** and **PAYLESS ROOFING TX** are hereby enjoined from sending to Plaintiff **DAVID D. SCHEIN** any and all unsolicited faxes as prohibited by the Telephone Consumer Protection Act 47 U.S.C. § 227. It is further

ORDERED that Plaintiff **DAVID D. SCHEIN** is awarded monetary damages from Defendants **BETTER PLANS, INC. d/b/a betterplans.net** and **PAYLESS ROOFING TX**, jointly and severally, in the amount of $3,000.00 and attorney's fees in the amount of $14,000.00.

~~It is further~~

~~ORDERED that Defendants **ADVANCED INTERNET MARKETING** d/b/a **CHOICE CAREER FAIRS** and **RICKEY EVANS** d/b/a **CERTIFIED COMMERCIAL ROOFING** are to produce and disclose to Plaintiff **DAVID D. SCHEIN** the names and identities of the company/entity they have used, if any, and/or the hardware and software systems used to send the faxes at issue in this case.~~

Signed  May 6, , 2021.

_____
SIM LAKE, JUDGE PRESIDING