**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAVID D. SCHEIN, Individually and on behalf of all others similarly situated** | § § § § | |
| **VS.** | § § § | **C.A. NO. 4:20-cv-180** |
| **MDU RESOURCES GROUP, INC., RICKEY EVANS d/b/a CERTIFIED COMMERCIAL ROOFING, GREENLIGHT BUSINESS CREDIT, JOSHUA COSTELLO d/b/a PAYLESS ROOFING AND REMODELING, ADVANCED INTERNET MARKETING d/b/a CHOICE CAREER FAIRS, CHRISTOPHER DEAN WELLS d/b/a WELLS CONSTRUCTION and FREEDOM WORKING CAPITAL** | § § § § § § § § § § § § | **JURY DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO**
**DEFENDANT FREEDOM WORKING CAPITAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff **DAVID D. SCHEIN,** Individually and on behalf of all others

similarly situated in the above-entitled and numbered cause, and files this Notice of Non-Suit with

Prejudice as to his claims and causes of action asserted herein against **FREEDOM WORKING**

**CAPITAL** only. All costs of court are to be taxed against the party incurring the same.

Respectfully submitted,

**LAW OFFICE OF KEVIN R. MICHAELS, P.C.**

By:    */s/ Kevin R. Michaels*
       Kevin R. Michaels
       State Bar No.: 00784598
       11111 Katy Freeway, Suite 910
       Houston, Texas 77079
       Telephone: 281-496-9889
       Facsimile: 281-496-4211
       kmichaels@michaelslaw.net

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**