Case 4:20-cv-00180   Document 60   Filed on 08/23/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID D. SCHEIN, Individually and on behalf of all others similarly situated <br><br> VS. <br><br> MDU RESOURCES GROUP, INC., RICKEY EVANS d/b/a CERTIFIED COMMERCIAL ROOFING, GREENLIGHT BUSINESS CREDIT, JOSHUA COSTELLO d/b/a PAYLESS ROOFING AND REMODELING, ADVANCED INTERNET MARKETING d/b/a CHOICE CAREER FAIRS, CHRISTOPHER DEAN WELLS d/b/a WELLS CONSTRUCTION and FREEDOM WORKING CAPITAL | § § § § § § § § § § § § § § § § § § § § § <br><br> C.A. NO. 4:20-cv-180 <br><br><br><br><br><br><br><br><br><br><br> JURY DEMANDED |

## ORDER

Plaintiff's Notice of Non-Suit with Prejudice as to his claims and causes of action asserted herein against **FREEDOM WORKING CAPITAL** only is in all things GRANTED. It is

ORDERED that Plaintiff's claims against Defendant **FREEDOM WORKING CAPITAL** only are dismissed without prejudice.

SIGNED August 23, 2021.

_____
HONORABLE SIM LAKE, PRESIDING JUDGE