Case 4:20-cv-00180 Document 64 Filed on 09/22/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID D. SCHEIN, Individually and on behalf of all others similarly situated | § § § § |
| VS. | § C.A. NO. 4:20-cv-180 § § |
| MDU RESOURCES GROUP, INC., RICKEY EVANS d/b/a CERTIFIED COMMERCIAL ROOFING, GREENLIGHT BUSINESS CREDIT, JOSHUA COSTELLO d/b/a PAYLESS ROOFING AND REMODELING, ADVANCED INTERNET MARKETING d/b/a CHOICE CAREER FAIRS, CHRISTOPHER DEAN WELLS d/b/a WELLS CONSTRUCTION and FREEDOM WORKING CAPITAL | § § § § § § § § § § § § § JURY DEMANDED |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT

Plaintiff **DAVID D. SCHEIN,** Individually and on behalf of all others similarly situated Motion for Entry of Default and for Default Judgment as to Defendant **CHRISTOPHER DEAN WELLS d//b/a WELLS CONSTRUCTION** is in all things GRANTED. It is

ORDERED that Defendant **CHRISTOPHER DEAN WELLS d//b/a WELLS CONSTRUCTION** is hereby enjoined from sending to Plaintiff **DAVID D. SCHEIN** any and all unsolicited faxes as prohibited by the Telephone Consumer Protection Act 47 U.S.C. § 227. It is further

ORDERED that Plaintiff **DAVID D. SCHEIN** is awarded monetary damages from Defendant **CHRISTOPHER DEAN WELLS d//b/a WELLS CONSTRUCTION** in the amount of $1,500.00 and attorney's fees in the amount of $14,000.00. It is further

ORDERED that Defendant **CHRISTOPHER DEAN WELLS d//b/a WELLS CONSTRUCTION** is to produce and disclose to Plaintiff **DAVID D. SCHEIN** the names and identities of the company/entity he has used, if any, and/or the hardware and software systems used to send the fax at issue in this case.

Signed **September 22**, 2021.

_____
SIM LAKE, JUDGE PRESIDING